■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CURRY, Appellant.—Judgment, Supreme Court, New York County, rendered on February 27, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Bloom, Lane and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FERNANDO RODRIGUEZ, Appellant.—Judgment, Supreme Court, rendered May 10, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as

counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Bloom, Lane and Lupiano, JJ.